Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Daniel Allan Gunnels, Leavenworth, KS, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Daniel Allan Gunnels has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gunnels has filed a response in which he raises claims that counsel rendered ineffective assistance and that the district court erred by denying his § 3582 motion because Amendment 709 may be retroactively applied. Additionally, he contends that his original sentence was improper and that the district court should have granted his § 3582 motion to correct it. Our independent review of the record, counsel's brief, and Gunnels's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Fred FLORES, III, Defendant–**
**Appellant.**

**No. 10–40083**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 19, 2010.

---

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Fred Flores, III, Fort Worth, TX, pro se.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Fred Flores, III, federal prisoner # 12212–078, appeals the district court's denial of his motion under 18 U.S.C. § 3582(c)(2) for a sentence reduction based on the recent amendments to the crack cocaine provisions of the Sentencing Guidelines. The government has filed a motion for summary affirmance of the district court's judgment or, in the alternative, for an extension of time to file a brief on the merits. Flores's sentencing range was not determined under the crack cocaine provisions of the Sentencing Guidelines. Accordingly, he is not eligible for a reduced sentence. *See* § 3582(c); U.S.S.G. § 1B1.10(a)(2) & cmt. (n.1(A)). The judgment of the district court is AFFIRMED. The government's motion for summary affirmance is GRANTED, and its alternative motion for an extension of time is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.